_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 13, 2016

ZIEVE, BRODNAX & STEELE, LLP
Ryan D. Stibor, Esq. (NV Bar 8897)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:    702-948-8565
Fax:   702-446-9898
Email:  nvbankruptcy@zievelaw.com

Attorneys for Secured Creditor, Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-HY7, Mortgage Pass Through Certificates, Series 2007-HY7

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-15-15491-abl |
| Robert C Marshall, | Chapter 7 |
| Debtor. | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |
| | **Hearing** – <br> Date:    May 11, 2016 <br> Time:   10:30 A.M. <br> Place:  Foley Federal Building, Third Floor <br>              300 Las Vegas Blvd. South <br>              Las Vegas NV |

    Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-

Through Trust 2007-HY7, Mortgage Pass Through Certificates, Series 2007-HY7 ("Secured Creditor") Motion for Relief From Automatic Stay, filed April 4, 2016, came on for hearing on May 11, 2016, before the Honorable August B. Landis, appearances as noted.

Good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay is vacated and extinguished as to the property located at 4384 West Avenue M-11, Lancaster (Quartz Hill Area) CA 93536 in favor of Secured Creditor, its successors, transferees and assigns. Secured Creditor may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law. Secured Creditor shall provide Debtor not less than seven days notice of the date, time, and place of any sale regarding the property.

IT IS FURTHER ORDERED, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

SUBMITTED this 12th day of May, 2016               ZIEVE, BRODNAX & STEELE, LLP

                                                  */s/ Ryan D. Stibor*
                                                  Ryan D. Stibor, Esq.
                                                  Attorney for Secured Creditor

CERTIFICATION OF COUNSEL

In accordance with LR 9021, counsel submitting this document certifies that the Order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1)

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form and content of the order.