Lenard E. Schwartzer, Esq., NV Bar No. 0399
Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com

*Proposed Attorneys for Yvette Weinstein, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBERT C. MARSHALL,<br><br>Debtor. | Case No. BK-S-15-15491-ABL<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS DEBTOR'S BANKRUPTCY PROCEEDING WITHOUT PREJUDICE FOR FAILURE OF DEBTOR TO COMPLY WITH BANKRUPTCY CODE; AND/OR TO EXTEND BAR DATE TO OBJECT TO DISCHARGE**<br><br>Date: August 18, 2016<br>Time: 11:00 a.m. |

**NOTICE IS HEREBY GIVEN** that Yvette Weinstein, Chapter 7 Trustee (the "Trustee"), hereby **withdraws** her pending *Motion to Dismiss Debtor's Bankruptcy Proceeding Without Prejudice for Failure of Debtor to Comply with the Bankruptcy Code; and/or to Extend Bar Date to Object to Discharge* (the "Motion") [ECF No. 189] filed herein May 11, 2016.

The Trustee's Motion is currently set for hearing August 18, 2016 at 11:00 a.m.  No party has filed an opposition or response to the Trustee's Motion, so the hearing may be vacated.

Dated: July 29, 2016

/s/ Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Proposed Counsel for Yvette Weinstein*