Lenard E. Schwartzer, Esq., NV Bar No. 0399
Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com

*Proposed Attorneys for Yvette Weinstein, Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBERT C. MARSHALL<br><br>Debtors. | Case No. BK-S-15-15491-ABL<br><br>Chapter 7<br><br>**NOTICE OF HEARING REGARDING TRUSTEE'S APPLICATION TO EMPLOY GENERAL COUNSEL NUNC PRO TUNC**<br><br>Date: September 1, 2016<br>Time: 11:00 a.m. |

**NOTICE IS HEREBY GIVEN** that Yvette Weinstein, Chapter 7 Trustee (the "Trustee"), by and through her counsel, has filed an *Application To Employ General Counsel Nunc Pro Tunc* (The 'Application') [Dkt. 201]. This application requests an order to employ Schwartzer & McPherson Law Firm as her counsel, nunc pro tunc to March 21, 2016..

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1):  . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

A copy of the Application may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting Schwartzer & McPherson Law Firm, telephone: (702) 228-7590 or fax: (702) 892-0122.

NOTICE IS FURTHER GIVEN that the hearing on the Application may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Application will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on **September 1, 2016 at 11:00 a.m.**

Dated: August 1, 2016

/s/Jason A. Imes
Jason A. Imes, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Counsel for Trustee*